UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Rebecca A. Kerlin, et al.
                              Plaintiff,

v.                                          Case No.: 1:16−cv−07424
                                            Honorable John Robert Blakey

Chicago Board of Elections, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 27, 2016:

   MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on
9/27/2016. Defendant's motion to dismiss [13] is denied as moot. Plaintiff is granted leave
to amend complaint. Any amended complaint shall be filed on or before 10/25/2016.
Status hearing previously set for 10/12/2016 is reset for 11/15/2016 at 9:00 a.m. in
Courtroom 1725. Initial status report deadline will be reset at next hearing. Mailed
notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.